JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MISS BAISHALI DAS,                                )   NO. CV 09-03108 SJO (PJWx)
                                                  )
           Plaintiff,                          )
                                                  )
                                                  )   **ORDER GRANTING PLAINTIFF'S MOTION**
                                                  )   **FOR ORDER OF REMAND**
           v.                                  )   [Docket No. 8]
                                                  )
BANK OF AMERICA CORPORATION,                      )
                                                  )
                                                  )
           Defendant.                          )
_____           )

This matter is before the Court on Plaintiff Baishali Das's Motion to for Order of Remand, filed May 11, 2009.  Defendant Bank of America Corporation filed a Notice of Non-Opposition, stating that it does not oppose Das' motion and agrees to remand the action to state court.  As the Motion is unopposed, the Court GRANTS Das's Motion for Order of Remand.  The action is hereby REMANDED.

IT IS SO ORDERED.

Dated: June 4, 2009

_S. James Otero_

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE